UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 21-4807 MWF (JCx) | Date: August 19, 2021 |
| Title | Maisha N. Henson v. Southwest Credit Systems, L.P. | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 14, 2021. (Docket No. 1). On June 16, 2021, Plaintiff filed a Waiver of Service reflecting service of the Summons and Complaint upon Defendant Southwest Credit Systems, L.P. (Docket No. 8). Pursuant to the Waiver of Service, Defendant's response to the Complaint was due August 16, 2021. On July 14, 2021, Plaintiff filed a First Amended Complaint ("FAC"). (Docket No. 10). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the FAC will expire on September 13, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 13, 2021**.

■ BY PLAINTIFF: PROOF OF SERVICE of Summons and FAC on Defendant.

Failure to timely file a proof of service, or request an extension of time to do so, will result in the dismissal of this action on **September 14, 2021.**

AND/OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4807 MWF (JCx)**   Date: August 19, 2021

Title   **Maisha N. Henson v. Southwest Credit Systems, L.P.**

- ■ BY DEFENDANT: RESPONSE TO THE FAC ("Response"). The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the FAC.

  OR

- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **September 13, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm