UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| Case No. | CV 21-4807-MWF (JCx) | Date:  August 24, 2021 |
| Title: | Maisha N. Henson v. Southwest Credit Systems, L.P. | |

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:  
Rita Sanchez

Court Reporter:  
Not Reported

Attorneys Present for Plaintiff:  
None Present

Attorneys Present for Defendant:  
None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [14] filed August 22, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for October 25, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.